**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                             :
                                                                  :   Chapter 7
FYRE FESTIVAL LLC,                                                :
                                                                  :   Case No. 17-11883 (MG)
                                      Debtor.                     :
-----------------------------------------------------------------x
GREGORY M. MESSER, as Chapter 7 Trustee of the                    :
Estate of Fyre Festival LLC,                                      :
                                                                  :
                                      Plaintiff,                  :
                                                                  :   Adv. Pro. No. 19-01353 (MG)
            -against-                                             :
                                                                  :
YARON LAVI,                                                       :
                                                                  :
                                      Defendant.                  :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

Rayella Bergman, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 3rd day of September, 2019, I served copies of:

- Complaint Seeking the Avoidance and Recovery of Fraudulent and Preferential Transfers [Docket No. 1]; and

- Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 2]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

*/s/ Rayella Bergman*
Rayella Bergman

Sworn to and subscribed before me this
4th day of September, 2019

*/s/ Stephanie L. Nocella*
Notary Public, State of New York
No. 01NO6363034
Qualified in Kings County
Commission Expires August 14, 2021

**<u>Schedule A</u>**

Yaron Lavi
61 Joyce Road
Tenafly, NJ 07670